```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

William Phillips

    v.

                                          Case No. 19-cv-99-SM

Guardian Life Insurance Company
of America, et al

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 18, 2019, for the reasons set forth therein. This case is dismissed in its entirety. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

So Ordered.

                                                  _____
                                                Steven J. McAuliffe
                                                United States District Judge

Date: July 10, 2019

cc:   William Phillips, pro se
      Erin Shane Bucksbaum, Esq.
      Michael P. Johnson, Esq.